UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-217

| | |
|---|---|
| KACI BARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**UPON MOTION** of Defendant (Doc. No. 9) to stay Plaintiff's briefing deadline in this matter for 60 days, for good cause shown, and it appearing that Plaintiff consents to the extension of time,

**IT IS HEREBY ORDERED** that Defendant's motion for stay (Doc. No. 9) is **GRANTED**, and this matter is stayed for 60 days.

Max O. Cogburn Jr
United States District Judge